# EXHIBIT A

TPA#1900091.1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

    Plaintiff,

vs.

Case No.: 51-2007-CA001818WS
Division:

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

    Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

MERCK & CO., INC.
c/o CT Corporation, Reg. Agent
1200 S. Pine Island Road
Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _____4/25_____, 2007.

Case 8:07-cv-00897-SDM-   Document 1-2   Filed 05/24/2007   Page 3 of

**JED PITTMAN**
Clerk of the Circuit Court

(Court Seal)

By: _____/s/ Katie Mosley_____
Deputy Clerk

**Issued/ret. Atty.**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

Defendants.

Case No.: 51-2007-CA 001818

Division: _____

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

PFIZER INC.
c/o C.T. Corporation System
1200 S. Pine Island Rd.
Plantation, FL 33324

Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    WITNESS my hand and seal of said Court on _____4/25_____, 2007.

**JED PITTMAN**
Clerk of the Circuit Court

/s/ Katie Mosley

(Court Seal)        By:_____
                                Deputy Clerk

                                **Issued/ret. Atty.**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

51-2007-CA001818WS

    Plaintiff,

vs.

Case No.: _____
Division: _____

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    PHARMACIA CORPORATION
    c/o C.T. Corporation System
    1200 S. Pine Island Rd.
    Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Telephone: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___4/25___, 2007.

**JED PITTMAN**
Clerk of the Circuit Court

Case 8:07-cv-00897-SDM-MAP    Document 1-2    Filed 05/24/2007    Page 7 of

(Court Seal)

By: _____/s/ Katie Mosley_____
        Deputy Clerk

**Issued/ret. Atty.**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

    Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

    Defendants.
_____/

Case No.: 51-2007-CA 001818 WS
Division: H

Case 8:07-cv-00897-SDM-MAP   Document 1-2   Filed 05/24/2007   Page 8 of

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Pharmacia & Upjohn Company, LLC
        c/o C.T. Corporation System
        1200 S. Pine Island Rd.
        Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___4/25___, 2007.

Case 8:07-cv-00897-SDM-MAP   Document 1-2   Filed 05/24/2007   Page 9 of

**JED PITTMAN**
Clerk of the Circuit Court

(Court Seal)

By: __/s/ Katie Mosley__
Deputy Clerk

**Issued/ret. Atty.**

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

    Plaintiff,

vs.

Case No.: 51-2007-CA 001818 WS
Division: H

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

    Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        G.D. SEARLE, LLC
        c/o C.T. Corporation System
        208 S. LaSalle Street, Suite 814
        Chicago, IL 60604

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ____4/25____, 2007.

Case 8:07-cv-00897-SDM-MAP   Document 1-2   Filed 05/24/2007   Page 11 of

JED PITTMAN
Clerk of the Circuit Court

(Court Seal)

By: ___/s/ Katie Mosley___
Deputy Clerk

**Issued/ret. Atty.**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ADALBERTO ACOSTA RIVERA,

    Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY

    Defendants.
_____/

51-2007-CA001818WS

Case No.: _____
Division: ___H___

Case 8:07-cv-00897-SDM-MAP     Document 1-2     Filed 05/24/2007     Page 12 of

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    Monsanto Company
    (n/k/a Pharmacia Corporation)
    c/o C.T. Corporation System
    1200 S. Pine Island Rd.
    Plantation, FL 33324

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ____4/25____, 2007.

Case 8:07-cv-00897-SDM-EAJ   Document 1-2   Filed 05/24/2007   Page 13 of

JED A PITTMAN
Clerk of the Circuit Court

/s/ Katie Mosley

(Court Seal)                By:_____
                                    Deputy Clerk

**Issued/ret. Atty.**



# Trenam Kemker
ATTORNEYS

Please reply to: Tampa
Direct Line: (813) 202-7815
labehr@trenam.com

Case 8:07-cv-00897-SDM-MAP   Document 1-2   Filed 05/24/2007   Page 14 of

April 27, 2007

Jed Pittman, Clerk of Court
Pasco County Circuit Court
P. O. Drawer 338
New Port Richey, FL  34650-0338
Attn:  Georgia

    Re    Adalberto Rivera v. Merck & Co., Inc. et al.
           Case No. 07-CA-1818-WS

Dear Georgia:

    As you instructed, I am writing this letter to request a copy of the Complaint filed in the above-referenced matter on April 20, 2007.  Please call me at (813) 202-7815 to let me know the cost for this request so that I may forward payment to the Court.

    Thank you for your cooperation in this matter.

                                   Sincerely,

                                   Linda A. Behr

Linda A. Behr, Assistant to Amy L. Drushal

/lab

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048

```
              PASCO COUNTY CIVIL DIVISION - NEW PORT RICHEY
                 JED PITTMAN, CLERK OF THE CIRCUIT COURT

     DATE:       04-20-2007
     TIME:       14:18:23                MEMO:
RECEIPT #:       N 000087736
RECEIVED OF:     ALLEY CLARK GREIWE AND FULMER    CHECKS:
   PART. ID:     886645                           DB 2560                 $257.00
  BY CLERK:      REYNLI


         CASH              CREDIT           CHANGE              OTHER
        $0.00              $0.00            $0.00               $0.00
```

Case 8:07-cv-00897-SDM-MAP    Document 1-2    Filed 05/24/2007    Page 15 of

```
  CASE NUMBER              EVENT/SERVICE COUNT                    AMOUNT / JUDGE
  ─────────────────────────────────────────────────────────────────────────────
  51-2007-CA-001818-XXXX-WS       5412 PMT:CA FF GENERAL           $255.00
  A RIVERA VS MERCK AND CO INC
  PARTY: RIVERA ADALBERTO ACOSTA          H    SECTION H
  51-2007-CA-001818-XXXX-WS       5400 PMT:CA ADDITIONAL DEF OVER 5   $2.00
  A RIVERA VS MERCK AND CO INC
  PARTY: RIVERA ADALBERTO ACOSTA          H    SECTION H           _____
                                                TOTAL RECEIPT...   $257.00

  *    CHECK/CHEQUE IS CONDITIONAL PAYMENT       *
  *    PENDING RECEIPT OF FUNDS FROM BANK.  *

                   JED PITTMAN, CLERK OF THE CIRCUIT COURT
                   PASCO COUNTY CIVIL DIVISION - NEW PORT RICHEY
                                 P O DRAWER 338
                         NEW PORT RICHEY, FL 34656-0338
                                 (727) 847-8176
                OFFICE HOURS: MONDAY-FRIDAY 8:30AM - 5:00PM
```

# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

April 19, 2007

**51-2007-CA 0 0 1 8 - C WS**

Case 8:07-cv-00897-SDM-MAP   Document 1-2   Filed 05/24/2007   Page 16 of

Pasco County Courthouse
7530 Little Road
Room 210
New Port Richey, FL 34654

RE:   Rivera v. Merck, et al.

Dear Clerk:

Enclosed is an original complaint along with our firm's filing fee check. Please return the conformed copy of the complaint and summonses at your earliest convenience.

If you have any questions or concerns, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures

Form 1.997

## Civil Cover Sheet

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

I. CASE STYLE

IN THE CIRCUIT COURT IN AND FOR PASCO COUNTY, FLORIDA

Plaintiff:   ADALBERTO ACOSTA RIVERA

Case No.: 51-2007-CA 00181 CWS

v.

Judge: H

Defendant:  Merck, et al.

II.   TYPE OF CASE:   (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| __ Simpl. dissolution | __ Prof. Mal. | __ Contracts |
| __ Dissolution | X  Prod. Liab. | __ Condominium |
| __ Support - IV-D | __ Auto Negl. | __ Real Property/Mtg. Forecl. |
| __ Support - Non IV-D | __ Other Negl. | __ Eminent domain |
| __ URESA - IV-D |  | __ Other |
| __ URESA - Non IV-D |  |  |
| __ Domestic violence |  |  |
| __ Other domestic relations |  |  |

III. Is Jury Trial Demanded in Complaint?

    X   Yes
    __  No

Date: 4/19/07

Signature of attorney for party initiating action