# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: _____

ADALBERTO ACOSTA RIVERA,

Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY,

Defendants.

_____/

## MERCK & CO., INC.'S CONSENT TO REMOVAL

Merck & Co., Inc. ("Merck") states as follows:

1.      Merck consents to the removal of the above-captioned action, originally

filed in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida,

assigned Case No. 16-07-CA-003466.

2.      This consent to removal is made within thirty (30) days of the date Merck

first ascertained that this action was removable.

3.      In consenting to removal, Merck does not intend to waive any rights or

defenses to which it is otherwise entitled, including but not limited to, those items set

forth in Federal Rule of Civil Procedure 12(b).

Dated: May 24, 2007.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:    561.650.7200
Facsimile:    561.655.1509

_____
Patricia E. Lowry
Florida Bar No. 332569
John B. T. Murray, Jr.
Florida Bar No. 962759
Maria Jose Moncada
Florida Bar NO. 0773301

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

U.S. Mail this 24 day of May, 2007 to:

Brenda S. Fulmer
C. Todd Alley
James D. Clark
Donald W. Greiwe
ALLEY CLARK GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

_____
Maria Jose Moncada

WESTPALMBEACH/501056.1

2