# EXHIBIT D

TPA#1900091.1

IN THE CIRCUIT COURT IN AND FOR PASCO COUNTY, FLORIDA

ADALBERTO ACOSTA RIVERA,

    Plaintiff,

vs.                                        CASE NO.: 07-CA-1818-WS

MERCK & CO., INC.; PFIZER, INC.;
PHARMACIA CORPORATION, a wholly-
owned subsidiary of PFIZER, INC.;
PHARMACIA & UPJOHN COMPANY,
LLC, a wholly-owned subsidiary of
PHARMACIA CORPORATION;
G.D. SEARLE LLC (f/k/a G.D. SEARLE &
CO.); and MONSANTO COMPANY,

    Defendants.
_____/

Case 8:07-cv-00897-SDM-MAP   Document 1-5   Filed 05/24/2007   Page 2 of

## NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Clerk of the Circuit Court of Pasco County, Florida:

You are hereby notified that defendants Pfizer Inc. (incorrectly captioned as "Pfizer, Inc."), Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (improperly captioned as "Monsanto Company"), Pharmacia & Upjohn Company LLC (incorrectly captioned as "Pharmacia & Upjohn Company, LLC"), and G.D. Searle LLC have on the 24th day of May, 2007, filed in the United States District Court for the Middle District of Florida, Tampa Division, a Notice of Removal to Federal Court of the above-entitled cause, a copy of which is attached hereto and made a part of the Notice to Clerk, for your information and guidance. This Notice serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this state court from proceeding further in this case, unless and until this case is remanded hereto by the United States District Court.

                                                      Edward W. Gerecke
                                                      Florida Bar No. 328332

Case 8:07-cv-00897-SDM-MAP   Document 1-5   Filed 05/24/2007   Page 3 of

> CARLTON FIELDS, P.A.
> Post Office Box 3239
> Tampa, Florida 33601
> Telephone:  (813) 223-7000
> Facsimile:  (813) 229-4133
> E-Mail:  egerecke@carltonfields.com
>
> Attorneys for Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company LLC, and G.D. Searle LLC

## CERTIFICATE OF SERVICE

I CERTIFY that copies of this pleading were mailed to Brenda S. Fulmer, C. Todd Alley, and James D. Clark, 701 E. Washington Street, P.O. Box 3127, Tampa, Florida 33601; and Patricia E. Lowry, John B. T. Murray, Jr., and Dori K. Stibolt, 777 South Flagler Drive, West Palm Beach, FL 33401, this 24th day of May, 2007.

_____
Attorney