ADMCLOSED, MDLOUT , STAYED

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:07-cv-00897-SDM-MAP
### Internal Use Only

Rivera v. Merck & Co., Inc. et al
Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Mark A. Pizzo
Case in other court: State Court - filed 04/19/07, 07-CA-1818-WS
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 05/24/2007
Date Terminated: 05/30/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Adalberto Acosta Rivera     represented by   Brenda S. Fulmer
Alley Clark Greiwe & Fulmer
701 E. Washington St.
P.O. Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: bfulmer@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Christopher Todd Alley
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: talley@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Donald Guy Greiwe
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/250-0608

Fax: 813/229-7982
Email:
dgreiwe@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James D. Clark
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email:
jclark@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Defendant

Merck & Co., Inc.  represented by  John B.T. Murray, Jr.
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W
777 South Flagler Dr
West Palm Beach, FL 33401-6198
561/650-7213
Fax: 561/655-1509
Email: jbmurray@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Maria Jose Moncada
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W
777 South Flagler Dr
West Palm Beach, FL 33401-6198
561/650-7138
Fax: 561/655-1509
Email: mmoncada@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W

          777 South Flagler Dr
          West Palm Beach, FL 33401-6198
          561/650-7214
          Fax: 561/655-1509
          Email: plowry@ssd.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

Pfizer, Inc.     represented by    Edward W. Gerecke
          Carlton Fields, PA
          4221 W Boy Scout Blvd - Ste 100
          PO Box 3239
          Tampa, FL 33601-3239
          813/223-7000
          Fax: 813/229-4133
          Email: egerecke@carltonfields.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

Pharmacia Corporation     represented by    Edward W. Gerecke
*wholly-owned subsidiary of Pfizer, Inc.*     (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

Pharmacia & UpJohn Company, LLC     represented by    Edward W. Gerecke
*a wholly-owned subsidiary of Pharmacia Corporation*     (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

G.D. Searle LLC     represented by    Edward W. Gerecke
*formerly known as*
G.D. Searle & Co.     (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

Monsanto Company     represented by    Edward W. Gerecke
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | NOTICE OF REMOVAL from Circuit Court in and for Pasco County, Florida, case number 07-CA-1818WS filed in State Court on 4/19/2007. Filing fee $ 350, receipt number T041690 filed by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC, Monsanto Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(cda) (Entered: 05/25/2007) |
| 05/24/2007 | 2 | COMPLAINT against all defendants ; Jury Demand filed by Adalberto Acosta Rivera. (Filed in State Court on 4/19/2007.) (cda) (Entered: 05/25/2007) |
| 05/24/2007 | 3 | ANSWER and affirmative defenses to complaint with Jury Demand by Merck & Co., Inc. (Filed in State Court May 24, 2007.)(cda) (Entered: 05/25/2007) |
| 05/25/2007 | 4 | Unopposed MOTION to stay All Proceedings Pending Transfer Decision By The Judicial Panel on Multidistrict Litigation and Incorporated Memorandum of Law (And Local Rule 3.01(g) Certificate by Merck & Co., Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Moncada, Maria) (Entered: 05/25/2007) |
| 05/30/2007 | 5 | ORDER granting 4--motion to stay pending transfer. The Clerk shall ADMINISTRATIVELY CLOSE the case. Signed by Judge Steven D. Merryday on 5/30/2007. (BK) (Entered: 05/30/2007) |
| 05/30/2007 |  | (Court only) ***CASE CLOSED. (jlh, ) (Entered: 05/31/2007) |
| 06/01/2007 | 6 | CERTIFICATE of interested persons and corporate disclosure statement *per Federal Rule of Civil Procedure 7.1* by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Gerecke, Edward) (Entered: 06/01/2007) |
| 06/01/2007 | 7 | ANSWER and affirmative defenses to complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC.(Gerecke, Edward) (Entered: 06/01/2007) |
| 06/01/2007 | 8 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC. (Gerecke, Edward) (Entered: 06/01/2007) |
| 06/04/2007 | 9 | NOTICE of withdrawal of motion by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC re 8 Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding filed by Pharmacia & UpJohn Company, LLC, Pharmacia Corporation, G.D. Searle |

| | | |
|---|---|---|
| | | LLC, Pfizer, Inc. (Gerecke, Edward) (Entered: 06/04/2007) |
| 06/05/2007 | 🌑 | (Court only) ***Motions terminated: 8 Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding filed by Pharmacia & UpJohn Company, LLC, Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc.. (jlh, ) (Entered: 06/05/2007) |
| 07/11/2007 | 🌑10 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California MDL case number: 1599 (jlh, ) (Entered: 07/11/2007) |