Attorneys for Plaintiff, ADALBERTO ACOSTA RIVERA
ALLEY▪CLARK▪GREIWE
Counsel for Plaintiff
701 E. Washington Street
Tampa, Florida 33602
Phone:  813-222-0977
Facsimile: 813-224-0373

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 3:07-CV-3701<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| ADALBERTO ACOSTA RIVERA,<br><br>                    Plaintiffs,<br><br>              vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

        Come now the Plaintiff, ADALBERTO ACOSTA RIVERA, and Defendants, by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

attorneys' fees and costs.

        DATED:  4/6 , 2009        By: _____

                            ALLEY▪CLARK▪GREIWE
                            Counsel for Plaintiff
                            701 E. Washington Street
                            Tampa, Florida 33602
                            Phone: 813-222-0977
                            Facsimile: 813-224-0373
                            Attorneys for Plaintiff, Adalberto Rivera

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    DATED: April 6 , 2009     By: _____

2                                   DLA PIPER LLP (US)
3                                   1251 Avenue of the Americas
                                    New York, NY 10020
4                                   Telephone:  (212) 335-4500
                                    Facsimile:  (212) 335-4501
5                                   *Defendants' Liaison Counsel*

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: April 9, 2009    _____

12                           Hon. Charles R. Breyer
                             United States District C
13
                                IT IS SO ORDERED
14
15                              Judge Charles R. Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**